UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HONG MAI,

                Plaintiff,

  -against-

JO ANNE B. BARNHART, Commissioner
of Social Security,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 0806 (ARR)

     An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 18, 2005, granting defendant's motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1); it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion to dismiss.

Dated: Brooklyn, New York
       May 18, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court